PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ZUNIGA ARTEAGA,<br>ARMANDO MARTINEZ, and<br>RENE ZEPEDA FELIX,<br><br>Defendants. | CASE NO. 1:20-CR-00213 DAD-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE DATE, SET THE MATTER FOR TRIAL, AND EXCLUDE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; ORDER<br><br>CURRENT DATE: December 14, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
|---|---|

**STIPULATION**

1. By previous order, this matter was set for status on December 14, 2022.

2. The parties hereby request that the Court vacate the current status conference date, set this matter for trial on October 17, 2023, and to exclude time between December 14, 2022, and October 17, 2023, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 15,000 pages of Bates stamped discovery and several months of wiretap recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

    c) The government will prepare plea offers.

    d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Additionally, given the voluminous discovery and the fact that this case involved a wiretap investigation, it is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself prior to October 17, 2023.

    g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14, 2022 to October 17, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

     IT IS SO STIPULATED.

Dated:  December 7, 2022      PHILLIP A. TALBERT
     United States Attorney

     /s/ JESSICA A. MASSEY
     JESSICA A. MASSEY
     Assistant United States Attorney

Dated:  December 7, 2022      /s/ NICHOLAS REYES
     NICHOLAS REYES
     Counsel for Defendant
     MIGUEL ZUNIGA ARTEAGA

Dated:  December 7, 2022      /s/ CAROLINE MCCREARY
     CAROLINE MCCREARY
     Counsel for Defendant
     ARMANDO MARTINEZ

Dated: December 7, 2022      /s/  DAVID TORRES
     DAVID TORRES
     Counsel for Defendant
     RENE ZEPEDA FELIZ

# **ORDER**

IT IS SO ORDERED that the status conference set for December 14, 2022, is vacated. A jury trial is set for **October 17, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Estimated time of trial is **2 weeks**. A trial confirmation is set for **October 2, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **December 8, 2022**             /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE